**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

IN RE:

**HYACINTH MORGAN**                                  Case No. **18-16965-LSS**
                                                     Chapter 13

                      Debtor

### COMBINED NOTICE OF CONTINUANCE OF 341 MEETING OF CREDITORS AND NOTICE OF CONTINUED CONFIRMATION HEARING

Upon the Debtor's request, and approval by the Chapter 13 Trustee, NANCY L. SPENCER GRIGSBY, the Section 341 Meeting of Creditors has been continued to **August 2, 2018 at 10:30 am** and the Confirmation Hearing set in this matter has been continued to **September 11, 2018 at 10:00 am**.

The Meeting of Creditors will be held at the Office of the United States Trustee at 6305 Ivy Lane, Suite 621, Greenbelt, Maryland 20770.

The Confirmation Hearing will be held at the United States Courthouse at 6500 Cherrywood Lane, Third Floor Courtroom 3-D, Greenbelt, Maryland 20770.

PLEASE BE ADVISED THAT YOU ARE REQUIRED TO SERVE THIS NOTICE TO ALL CREDITORS AND OTHER PARTIES IN INTEREST LISTED ON THE MAILING MATRIX FILED WITH THE COURT. ALSO, A CERTIFICATE OF MAILING OF THIS NOTICE MUST BE FILED WITH THE UNITED STATES BANKRUPTCY COURT WITHIN TEN (10) DAYS OF THE DATE OF THIS NOTICE OR THE MEETING WILL NOT BE CONDUCTED.

July 24, 2018                                /s/ NANCY L. SPENCER GRIGSBY
                                             NANCY L. SPENCER GRIGSBY
                                             185 ADMIRAL COCHRANE DR.
                                             SUITE 240
                                             ANNAPOLIS, MD  21401
                                             NGRIGSBY@CH13MD.COM

### CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2018, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Combined Notice of Continuance will be served electronically by the Court's CM/ECF system on the following:

Alon Nager alon@nagerlaw.com,
amanda@nagerlaw.com;nagerar70680@notify.bestcase.com;carolyn@nagerlaw.com
(Debtor's Counsel)

I hereby further certify that on the 24th day of July, 2018, a copy of the Combined Notice of Continuance was also mailed first class mail, postage prepaid to:

HYACINTH MORGAN
2505 ECCLESTON STREET
SILVER SPRING, MD  20902
Debtor

/s/ NANCY L. SPENCER GRIGSBY

NANCY L. SPENCER GRIGSBY
Chapter 13 Trustee